IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00070-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH GRIFFIN,

    Defendant.

    and

DANSON'S DISTRIBUTING INC.,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on September 26, 2006 in this case is GRANTED.

ORDERED and entered this 3rd day of October, 2006.

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**